IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDA SHORTER,

    Plaintiff,                 No. CIV S-10-2232 MCE GGH PS

    vs.

PEACHES UNIFORMS, INC., et al.,

    Defendants.            <u>ORDER</u>

_____/

       On October 4, 2010, plaintiff filed a proposed substitution of counsel. That request is approved. Both parties now appearing by counsel, the referral to the magistrate judge is withdrawn. However, the magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

       Hearing presently scheduled on November 18, 2010 is vacated. Defendant is directed to renotice the hearing on the calendar of the District Judge.

       IT IS SO ORDERED.

DATED: October 15, 2010                 /s/ Gregory G. Hollows

                                                     GREGORY G. HOLLOWS
                                                     UNITED STATES MAGISTRATE JUDGE

ggh:076
Shorter2232.reassign.wpd