UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SHORTER | ) CASE NO. 2:10-cv-02232-MCE-GGH |
| Plaintiff, | ) |
| | ) **ORDER GRANTING DEFENDANT'S** |
| vs. | ) **UNOPPOSED MOTION TO EXTEND** |
| | ) **DISCOVERY DEADLINE, AND TO** |
| PEACHES UNIFORMS, INC. AND | ) **RESET HEARING ON DEFENDANT'S** |
| DOES 1 through 25 | ) **MOTION TO APPLY TEXAS LAW** |
| Defendant. | ) |
| | ) |

BEFORE THE COURT is Defendant Peaches Uniforms' Unopposed Motion to Extend Discovery Deadline, and to Reset Hearing on Defendant's Motion to Apply Texas Law.

The Court GRANTS the Motion and orders that:

The deadline to complete discovery is extended to **September 28, 2012**, and

The hearing on *Defendant's Motion to Apply Texas Law* is set on **August 23, 2012 at 2:00 p.m. in Courtroom 7, 14th Floor**.

IT IS SO ORDERED.

Dated: June 4, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE